```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0088--CR (JWS)
                                "USA V JEREMY TOPKOK"
                              DEF 1.1 TOPKOK, JEREMY

              Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  09/21/05
            Closed:  NO
No. of Defendants:  1
   MJ Case Number:  A05-0170--MJ
               AKA:
   Location status:  U.S. Custody
        Trial date:
        Terminated:  NO
Needs interpreter:  NO
Counsel of record:  Kevin F. McCoy
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 TOPKOK, JEREMY

Document            Count    Citation and Description                        Disposition
─────────────       ─────    ──────────────────────────────────────          ───────────
    1 -   1 IND       1      18:2113(a) ATTEMPTED BANK ROBBERY (F)            Pending
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0088--CR (JWS)
                                   "USA V JEREMY TOPKOK"

                                    For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/21/05
            Closed: NO
No. of Defendants: 1


 Document #   Filed     Docket text
 ──────────   ─────     ───────────
       1 -  1 09/21/05  [Re: DEF 1] PLF 1 Indictment.

       2 -  1 09/21/05  [Re: DEF 1] JDR Grand Jury Minutes re no bail set; set for arr & notify
                        USM; def in custody.

       3 -  1 09/21/05  [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Arr on
                        Indt/Det Hrg (held 9/21/05); def plead NG; def detained; PTMs due
                        10/14/05; Mr. Goecke out of district first 2 weeks of Nov; Mr. McCoy out
                        of district from 10/13/05 thru 10/17/05.  cc:  USA, FPD, USM, USPO,
                        Judge Sedwick

       4 -  1 09/21/05  [Re: DEF 1] JDR Order of Detention Pending Trial.  cc: USA, FPD, USM,
                        USPO

       5 -  1 09/21/05  [Re: DEF 1] JDR Order regarding preparation for trial; cnsl to meet &
                        confer by 9/28/05; PTMs due 10/14/05.  cc:  USA, FPD

       6 -  1 09/21/05  [Re: DEF 1] Documents #2 thru #4 transferred from: A05-0170 MJ (JDR).

    NOTE -  1 09/23/05  Notation: Proposed Trial Date Setting re: Arr to USDJ.

       7 -  1 09/28/05  [Re: DEF 1] PLF 1 Discovery conference certificate.

       8 -  1 09/28/05  DEF 1 Attorney Appearance of K. McCoy (FPD).

       9 -  1 10/12/05  [Re: DEF 1] JWS Minute Order setting TBJ on 11/16/05 @ 9:00 a.m. & FPTC
                        on 11/16/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC

      10 -  1 11/02/05  DEF 1 Notice of Intent to change plea.

      11 -  1 11/03/05  [Re: DEF 1] JWS Minute Order setting PCOP hrg on 11/8/05 @ 9:00 a.m.;
                        11/16/05 FPTC & TBJ vacated. cc: USA, FPD, USM, USPO, MJ Roberts, JC

      12 -  1 11/07/05  [Re: DEF 1] PLF 1 Plea Agreement.

      13 -  1 11/08/05  [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] RE PCOP (held
                        11/8/05); deft changed plea to guilty on ct 1 of the Indt; IOS set for
                        1/31/06 at 8:30 am; deft detained pending IOS.  cc: USA, FPD, USM, USPO
```