Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JEREMY ALLEN TOPKOK,<br><br>　　　　　Defendant. | NO. A05-0088 CR (JWS)<br><br>**NOTICE OF FILING** |

　　　　Please take notice that the letters attached as Exhibit A from Revs. C. George and Karen L. Sonray and from Kristen Helweg Hanson, Ph.D., have been filed on behalf of Jeremy Topkok for use in aide of sentencing in this matter, scheduled for January 31, 2006.

　　　　Dated at Anchorage, Alaska this 27th day of January 2006.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　s/Kevin F. McCoy
　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　550 West 7th Avenue, Suite 1600
　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　Phone:　　　907-646-3400
　　　　　　　　　　Fax:　　　　907-646-3480
　　　　　　　　　　E-Mail:　　　kevin_mccoy@fd.org

Certification:
I certify that on January 27, 2006,
a copy of the *Notice of Filing* was
served electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Kevin F. McCoy