

# United States Department of Justice
## United States Marshals Service
### District of Alaska

**Federal Building and US Courthouse**
**222 W. Seventh Avenue #28, Room 170**
**Anchorage, Alaska 99513**

To:   US District Court
      US Attorney
      US Probation
      US FPD

From: Randy M. Johnson
      United States Marshal
      District of Alaska

INRE:                    **PRISONER IN FEDERAL CUSTODY**

|   |   |
|---|---|
| NAME: | TOPKOK, Jeremy Allen |
| DATE OF BIRTH: | 3/11/80 |
| CHARGE: | Probation Violation |
| CASE NUMBER: | A05-088 CR (JWS) |
| PLACE HELD: | ACC-E |
| DATE OF ARREST: | 10/18/06 |
| TIME OF ARREST: | 1330 |
| PLACE ARRESTED: | Anchorage |
| ARRESTED BY: | USMS |

REMARKS:  Defendant registered a .187 BrAC

BOOKED IN ENGLISH:          YES __x____          NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.