MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JEREMY TOPKOK            CASE NO. 3:05-cr-00088-JWS
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             APRIL KARPER

UNITED STATES ATTORNEY:            THOMAS BRADLEY

DEFENDANT'S ATTORNEY:              KEVIN MCCOY - APPOINTED

U.S.P.O.:                          TRAVIS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 22) HELD OCTOBER 19, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:03 a.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to
    defendant: read.

_X_ Defendant sworn.

_X_ Defendant states true name: Same as above.

_X_ Financial Affidavit **FILED**.
   _X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant **DENIED** allegations 1 thru 5 of the Petition to
    Revoke Supervised Release.

_X_ Consent to Proceed before U.S. Magistrate Judge **FILED.**

_X_ Order Setting Conditions of Release **FILED**.

_X_ OTHER: Court and counsel heard re defense counsels oral motion
to release the defendant to the U.S. Probation Officer for
transport to Nugens Ranch when a bed is available; **GRANTED.**
Court instructed defense counsel to file a written Status Report
within 20 days.

At 11:20 a.m. court adjourned.

DATE:   October 19, 2006        DEPUTY CLERK'S INITIALS:    amk