PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jeremy Topkok                     Case Number: A05-088 (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:   February 1, 2006

Original Offense:   Attempted Bank Robbery

Original Sentence:   14 months imprisonment, three years supervised release

Date Supervision Commenced: September 15, 2006

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant obtain a mental health evaluation and comply with any recommended treatment.

### CAUSE

The defendant has informed that he has unresolved personal issues and has requested that a mental health condition be imposed.

Respectfully submitted,

**REDACTED SIGNATURE**

Travis Lyons
U.S. Probation/Pretrial Services Officer
Date:  October 3, 2006

-1-

*Request for Modification of Conditions or Term*
*Name of Offender       :       Jeremy Topkok*
*Case Number            :       A05-088 (JWS)*

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

Date: 10-4-06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Jeremy Topkok                                   Docket No. A05-088 CR (JWS)

   I, __Jeremy Topkok__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

   I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant obtain a mental health evaluation and comply with any recommended treatment.

Signed: _[signature]_                              Date: 10-03-06
        Jeremy Topkok

Witness: **REDACTED SIGNATURE**                    Date: 10-3-06
         Travis Lyons
         U.S. Probation/Pretrial Services Officer