# United States District Court
## for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A05-088 CR (JWS) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Jeremy Topkok ) | |

TO:  The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Jeremy Topkok and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with five violations of his term of supervised release.

REDACTED SIGNATURE
_____
John W. Sedwick
Chief U.S. District Court Judge

10-17-06
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at: Anchorage AK,

| Date Received: 10/18/06 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 10/18/06 | Troy Meeks DUSM | |