Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JEREMY ALLEN TOPKOK,<br><br>  Defendant. | NO. 3:05-cr-0088-JWS<br><br>**STATUS REPORT** |

On or about October 25, 2006, Jeremy Topkok was released to Nugen's Ranch in accordance with this court's release order at Docket 29. Probation Officer Travis Lyons reports that Mr. Topkok is doing well at the Nugen's Ranch. He is in full compliance with the conditions of release at Docket No. 29 and with the conditions of supervision set forth in the judgment.

Mr. Lyons further reports that the Municipality of Anchorage has dismissed the cases referenced in Allegation 2 (Case 06-49705) and Allegation 4 (Case 06-49723) because the alcoholic beverages allegedly taken were recovered unopened and because Mr. Topkok is currently in treatment at Nugen's Ranch.

The parties jointly recommend that the petition to revoke supervision be held in abeyance for 60 days and that a written status be filed at that time reporting to the court on Mr. Topkok's progress at Nugen's Ranch and the parties' respective positions on how to proceed.

DATED at Anchorage, Alaska this 8th day of November 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:       907-646-3400
Fax:         907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on November 8, 2006,
a copy of the *Status Report* was served
electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy