Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>JEREMY ALLEN TOPKOK,<br><br>            Defendant. | NO. 3:05-cr-0088-JWS<br><br>**STATUS REPORT** |

Jeremy Topkok remains at Nugen's Ranch in accordance with this court's release order at Docket No. 29.  Probation Officer Travis Lyons reports that Mr. Topkok is in full compliance with the conditions of release at Docket No. 29 and with the conditions of supervision set forth in his judgment.  Mr. Lyons further reports that Mr. Topkok is doing well at Nugen's Ranch.

Mr. Topkok has asked the government to dismiss the petition to revoke supervised release without prejudice to avoid the need for further status reports.

DATED at Anchorage, Alaska this 2nd day of April 2007.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on April 2, 2007,
a copy of the *Status Report* was
served electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Kevin F. McCoy