NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  3:05-cr-00088-JWS |
| | ) |
| Plaintiff, | ) |
| | ) MOTION TO DISMISS PETITION |
| vs. | ) TO REVOKE SUPERVISED |
| | ) RELEASE WITHOUT PREJUDICE |
| JEREMY ALLEN TOPKOK, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

    COMES NOW the United States of America, by and through counsel, and respectfully requests the Court to enter an order dismissing the Petition to Revoke Supervised Release without prejudice.  The Defendant is in full compliance with

the conditions of his release at Docket No. 29, and therefore, the Petition should be dismissed.

RESPECTFULLY SUBMITTED this 8th day of June, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ James A. Goeke
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.goeke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2007,
a copy of the foregoing Motion to Dismiss
was served electronically on Kevin F. McCoy

s/ James A. Goeke