IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JEREMY ALLEN TOPKOK,<br><br>    Defendant. | ) Case No. 3:05-cr-00088-JWS<br>)<br>)<br>) [PROPOSED] ORDER GRANTING<br>) MOTION TO DISMISS PETITION<br>) TO REVOKE SUPERVISED<br>) RELEASE WITHOUT PREJUDICE<br>)<br>)<br>)<br>) |

Having considered the Government's Motion to Dismiss Petition to Revoke Supervised Release without Prejudice for the above captioned case, IT IS HEREBY ORDERED that the Government's Motion is **GRANTED**.

IT IS SO ORDERED.

DATED this ____ day of June, 2007, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE