Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JEREMY ALLEN TOPKOK,<br><br>　　　　　Defendant. | NO. 3:05-cr-0088-JWS<br><br>**MOTION ON SHORTENED TIME FOR STATUS HEARING** |

　　　　Jeremy Topkok asks the court for an order on shortened time setting this matter on for a status hearing.  On July 9, 2007, the probation service filed a petition to revoke supervision and requested a warrant for Mr. Topkok's arrest.  The court issued the arrest warrant as requested.  The probation service has provided the undersigned with a faxed copy of the petition and arrest warrant.  However, these documents do not appear in the ECF Filing System.  Because Mr. Topkok believes that a detainer has been lodged against him as a result of this petition and arrest warrant, he is asking for a status hearing so that the matter can be resolved.

DATED at Anchorage, Alaska this 29th day of November 2007.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     kevin_mccoy@fd.org

Certification:
I certify that on November 29, 2007,
a copy of the ***Motion on Shortened
Time for Status Hearing*** was served
electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Kevin F. McCoy