UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JEREMY ALLEN TOPKOK,<br><br>　　　　Defendant. | NO. 3:05-cr-0088-JWS<br><br>**PROPOSED ORDER** |

On consideration of the defendant's shortened time request for a status hearing;

IT IS HEREBY ORDERED that the request is granted. This matter is set on for a status hearing on _____, 2007 at the hour of _____ ___.m.

DATED this ____ day of _____ 2007, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE