Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:05-cr-0088-JWS |
| Plaintiff, | **AFFIDAVIT OF COUNSEL** |
| vs. | |
| JEREMY ALLEN TOPKOK, | |
| Defendant. | |
| STATE OF ALASKA | ss: |
| THIRD JUDICIAL DISTRICT | |

Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1.      I have been appointed in the past to represent Jeremy Topkok.

2.      Mr. Topkok is presently in state custody at the Cook Inlet Pretrial Facility.

///

///

3.      The statements made in the attached motion on shortened time for a status hearing are true and correct.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:        907-646-3400
Fax:           907-646-3480
E-Mail:       kevin_mccoy@fd.org

SUBSCRIBED AND SWORN to before me this 29th day of November 2007.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on November 29, 2007,
a copy of the *Affidavit of Counsel*
was served electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy

*United States v. Jeremy Allen topkok*
Case No. 3:05-cr-0088-JWS                                   Page 2