NELSON P. COHEN
United States Attorney

JAMES A. GOEKE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: james.goeke@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No. 3:05-cr-00088-JWS |
| ) | |
| JEREMY TOPKOK, ) | <u>MOTION FOR WRIT OF</u> |
| ) | <u>HABEAS CORPUS AD</u> |
| On Writ of Habeas Corpus ) | <u>PROSEQUENDUM</u> |
| ) | |
| ) | **On Shortened Time** |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

JEREMY TOPKOK, who is imprisoned by the State of Alaska Department of Corrections, is a defendant in a certain cause now pending before this Court, to wit: <u>United States of America v. JEREMY TOPKOK,</u> Case No. 3:05-cr-00088-JWS, for an initial appearance on a Supervised Release Violation Petition, which will be set for a hearing by further order of the Court, in Anchorage, Alaska.

WHEREFORE, Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the Court in Anchorage, Alaska, for the initial appearance on a Supervised Release Violation Peition hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections at the conclusion of such proceedings.

DATED: November 29th, 2007

                                          NELSON P. COHEN
                                          United States Attorney

                                          s/ James A. Goeke
                                          JAMES A. GOEKE
                                          Assistant U. S. Attorney
                                          222 West 7th Ave., #9, Rm. 253
                                          Anchorage, AK 99513-7567
                                          Phone: (907) 271-5071
                                          Fax: (907) 271-1500
                                          E-mail:  james.goeke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007,
a copy of the foregoing MOTION FOR WRIT
OF HABEAS CORPUS AD PROSEQUENDUM
was served electronically on:
Kevin McCoy

s/ James A. Goeke