IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>JEREMY TOPKOK,<br><br>On Writ of Habeas Corpus | Case No. 3:05-cr-00088-JWS<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br>**On Shortened Time** |

On the Motion of James A. Goeke, Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections and the United States Marshal, District of Alaska, to bring JEREMY TOPKOK, before this Court as a defendant in a certain cause now pending before this Court, to wit: United States of America v. JEREMY TOPKOK, Case No. 3:05-cr-00088-JWS, for an initial appearance on a Supervised Release Violation Petition, in Anchorage, Alaska on _____ and such other proceedings as the Court may desire, said person to be returned to the State of Alaska Department of Corrections, as soon as the case is disposed of.

DATED this ___ day of November, 2007, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE