# United States District Court
for the
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> Jeremy Topkok ) | *SEALED* <br> Case Number: A05-088 CR (JWS) <br> **WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

**ORIGINAL**

   YOU ARE HEREBY COMMANDED to arrest Jeremy Topkok and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with five violations of his term of supervised release.

Signature Redacted

John W. Sedwick
Chief U.S. District Court Judge

7-10-07
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

**EXECUTED ON WRIT**

ANCHORAGE, AK

| Date Received: 7/10/07 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 12/3/07 | U.S. Marshals D/A <br> Randy M. Johnson | |

**ORIGINAL**