```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  JEREMY TOPKOK            CASE NO. 3:05-CR-00088-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          SAMANTHA LARK

UNITED STATES' ATTORNEY:        JAMES A. GOEKE

DEFENDANT'S ATTORNEY:           KEVIN MCCOY, APPOINTED

U.S.P.O.:                       TRAIVS LYONS

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 39) HELD 12/06/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:38 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
defendant: read.

 X Defendant sworn.

 X Defendant stated true name: same as above.

 X Defendant advised of general rights.

 X Financial Affidavit **FILED**. Federal Public Defender accepted
appointment; FPD notified.

 X Defendant **DENIED** allegations 1-10 of the Petition to Revoke
Supervised Release (DKT 39).

 X Consent to Proceed before U.S. Magistrate Judge **FILED**.

 X Evidentiary hearing on Petition to Revoke Supervised Release
(DKT 39) set for **December 19, 2007 at 9:30 a.m.**

 X Defendant's detention continued. Order of Detention Pending
Trial **FILED.**

At 2:50 p.m. court adjourned.

DATE:   December 5, 2007       DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07