IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Jeremy TopKok

    Defendant.

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE IN AN EVIDENTIARY HEARING RE: VIOLATION(S) OF SUPERVISED RELEASE**

CASE NUMBER: 3:05-CR-00088-JWS

    The United States Magistrate Judge has explained to me the nature of the violations with which I am charged and the maximum penalties which might be imposed if I am found to have committed these violations. The United States Magistrate Judge has also informed me of my right to an evidentiary hearing before a United States District Court Judge or a United States Magistrate Judge. If the evidentiary hearing is held before a United States Magistrate Judge a Report and Recommendation would be prepared and forwarded to the United States District Court Judge assigned to the case. The disposition hearing will be before the United States District Court Judge.

    **I HEREBY: Waive (give up) my right to an evidentiary hearing regarding alleged violations of my supervised release before a United States District Court Judge and I consent to the hearing being held before a United States Magistrate Judge.**

_____
Defendant

_____
Defendant's Attorney (if any)

Approved By: /s/John D. Roberts, USMJ
Signature Redacted
John D. Roberts, U.S. MAGISTRATE JUDGE

12-5-07
DATE

(Rev 12/07)