```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. JEREMY TOPKOK            CASE NO. 3:05-cr-00088-JWS
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES' ATTORNEY:       JAMES GOEKE

DEFENDANT'S ATTORNEY:          KEVIN MCCOY

U.S.P.O.:                      ERIC ODEGARD

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 39) HELD DECEMBER 19, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:06 a.m. court convened.

_X_ Defendant sworn.

_X_ Defendant stated true name: Same as above.

_X_ Defendant advised of general rights.

_X_ Defendant **ADMITTED** allegations 6 and 7 of the Petition to
    Revoke Supervised Release. Government to dismiss remaining
    allegations at Disposition Hearing.

_X_ Matter to be referred to U.S. District Judge for:
    _X_ Final Disposition Hearing; Probation Officer notified court
        that 30 days is needed to prepare report.

_X_ Defendant's detention continued.

_X_ OTHER: Court and counsel heard re recommended disposition.

At 9:21 a.m. court adjourned.


DATE:      December 19, 2007       DEPUTY CLERK'S INITIALS:   amk


Revised 6-18-07