```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  JEREMY TOPKOK            CASE NO. 3:05-CR-00088-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:         JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:        SAMANTHA LARK

UNITED STATES' ATTORNEY:      JAMES GOEKE

DEFENDANT'S ATTORNEY:         KEVIN MCCOY

U.S.P.O.:                     TRAVIS LYONS

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 39) HELD 02/11/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:34 a.m. court convened.

 X Defendant advised of general rights.

 X Defendant previously **ADMITTED** allegations 6 and 7 of the Petition to Revoke Supervised Release (DKT 39)

 X Plaintiff's Oral Motion to Dismiss Allegations 1, 2, 3, 4, 5, 8, 9 and 10 of the Petition to Revoke Supervised Release (DKT 39); **GRANTED.**

 X Supervised Release revoked.

 X Defendant imprisoned for a period of 12 months and 1 day on allegations 6 and 7 of the Petition to Revoke Supervised Release(DKT 39) Imprisonment to be served consecutively with State of Alaska case 3AN-07-07278CR.

 X Defendant to serve term of supervised release for a period of 2 years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

 X Defendant remanded to the custody of the U.S. Marshal.

At 10:42 a.m. court adjourned.




DATE: February 11, 2008         DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07