**RECEIVED FEB 12 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK**

## UNITED STATES DISTRICT COURT
## District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA, | **AMENDED JUDGMENT IN A CRIMINAL CASE** (For Revocation of Probation or Supervised Release) For Offenses Committed On or After November 1, 1987 |
| vs. | |
| JEREMY TOPKOK | (Original Judgment filed 01/31/2006) Case Number: 3:05-CR-00088-JWS |
| | Kevin F. McCoy |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on 07/16/2007 accusing defendant of 10 violations of the conditions of supervision provided in the original judgment. Defendant <u>Admitted Allegations 6 & 7 of the Petition to Revoke Supervised Release</u>. All necessary hearings have been conducted. The court finds that the following violations are proved:

| <u>Accusation #</u> | <u>Condition #</u> | <u>Nature of Violation</u> | <u>Date</u> | <u>Grade</u> |
|---|---|---|---|---|
| 6 | Mandatory | Felony DUI | 07/06/2007 | B |
| 7 | Mandatory | Leaving the Scene | 07/06/2007 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

February 11, 2008
Date of Disposition Hearing

**SIGNATURE REDACTED**
Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

2/12/08
Date

AO245.REV

Defendant: JEREMY TOPKOK  Amended Judgment--Page  2  of  3
Case No.: 3:05-CR-00088-JWS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>12 months and 1 day on allegations 6 and 7 of the Petition to Revoke Probation, imprisonment to be served consecutively with State of Alaska case 3AN-07-07278CR.</u>

[_]  The court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.

[_]  The defendant shall surrender to the United States Marshal for this district,
                a.m.
    [_]  at _____ p.m. on _____.

[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_]  before 2 p.m. on _____.
    [_]  as notified by the United States Marshal.
    [_]  as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                      _____
                                      United States Marshal

                              By _____
                                        Deputy Marshal

AO245.REV

Defendant: JEREMY TOPKOK                    Amended Judgment--Page 3 of 3
Case No.: 3:05-CR-00088-JWS

## SUPERVISED RELEASE

The term of supervision is extended as follows: 2 years Supervised Release.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV