


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No. 3:05-cr-00088-JWS |
| JEREMY TOPKOK, ) | |
| On Writ of Habeas Corpus ) | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| UNITED STATES OF AMERICA, ) | **On Shortened Time** |
| DISTRICT OF ALASKA ) | |

**ORIGINAL**

The President of the United States of America to:

Alaska State Department of Corrections and United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

   We command that you have the body of JEREMY TOPKOK, by you imprisoned and detained as it is said, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Anchorage, Alaska, on _Monday, December 3, 2007 @ 1:30pm_, for an initial appearance on a Supervised Release Violation Petition, and other proceedings as the Court may

desire, thereafter and as necessary in <u>United States of America v. JEREMY TOPKOK,</u> Case No. 3:05-cr-00088-JWS, now pending before said Court, and that you return said person to the Alaska State Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the Court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 30 day of November, 2007.

IDA ROMACK
CLERK, U.S. DISTRICT COURT

Signature Redacted
By
DEPUTY CLERK

**UNITED STATES MARSHALS RETURN**
I do hearby certify that I received this Writ of Habeas Corpus Ad Prosequendum/Testificandum on 12/3/2007.
I hearby return this Writ of Habeas Corpus Ad Prosequendum/Testificandum unserved/executed, date this 03/07/2008 at Anchorage, AK.

Randy M. Johnson
United States Marshals, D/AK
By: _____
Criminal Program Specialist

2